| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**C. B. Norton & Son, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **16-0839383** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6435 Peth Road**<br>**Great Valley, NY 14741** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cattaraugus** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)    ☐ Railroad<br>■ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>   Must attach signed application for the court's consideration<br>   certifying that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

**C. B. Norton & Son, Inc.**

**FORM B1**, Page 2

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

**X** **/s/ William E. Lawson**
Signature of Attorney for Debtor(s)

**William E. Lawson**
Printed Name of Attorney for Debtor(s)

**Aaron Dautch Sternberg & Lawson, LLP**
Firm Name

**730 Convention Tower**
**43 Court St**
**Buffalo, NY 14202-3172**
Address          **Email: lawson@aarondautch.com**

**(716) 854-3015  Fax: (716) 854-1716**
Telephone Number

**March 19, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ James Norton**
Signature of Authorized Individual

**James Norton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 19, 2005**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

## Western District of New York

In re    **C. B. Norton & Son, Inc.**                    ,      Case No. _____

Debtor

Chapter             **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 178,652.84 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,084.78 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 4,151.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 627,648.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 178,652.84 | | |
| Total Liabilities | | | | 632,884.82 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re __C. B. Norton & Son, Inc._____ ,   Case No. _____
                                    **Debtor**

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

In re **C. B. Norton & Son, Inc.** _____, Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **deposited with Aaron, Dautch, Sternberg & Lawson** | - | 7,928.32 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M & T Bank 3 Washington Street Ellicottville, New York 14731** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **National Fuel** | - | 2,000.00 |
| | | | **Niagara Mohawk** | - | 1,650.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     **11,578.32**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **C. B. Norton & Son, Inc.**
                        ,     Case No. _____

                                   Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Cochrane Furniture Company** | - | **1,500.00** |
| | | **Unum Provident Corporation** | - | **4,174.52** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **accounts receivable** | - | **2,000.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                              Sub-Total >     **7,674.52**
                                          (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                                          Best Case Bankruptcy

In re **C. B. Norton & Son, Inc.** , Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | C. B. Norton and Son, Inc. 6435 Peth Road, Great Valley, New York 14741 | - | 1,500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | C. B. Norton and Son, Inc. 6435 Peth Road, Great Valley, New York 14741 | - | 136,500.00 |
| 28. Inventory. | | C. B.Norton and Son, Inc. 6435 Peth Road, Great Valley, New York 14741 | - | 21,400.00 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | unauthorized sale of gang rip saw by Brian Tregesser | - | Unknown |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 159,400.00 |
| Total > | 178,652.84 |

(Report also on Summary of Schedules)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D
(12/03)

In re  **C. B. Norton & Son, Inc.** _____,  Case No. _____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Prolift P. O. Box 256 Cheektowaga, NY 14225** | - | | | Lease/purchase  Lift Truck  Value $ **4,000.00** | | | | **1,084.78** | **0.00** |
| Account No. | | | | Value $ | | | | | |
| Account No. | | | | Value $ | | | | | |
| Account No. | | | | Value $ | | | | | |

 **0**  continuation sheets attached

| | Subtotal (Total of this page) | **1,084.78** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,084.78** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6E
(04/04)

In re __C. B. Norton & Son, Inc._____,   Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **C. B. Norton & Son, Inc.** _____ ,    Case No. _____

                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Cattaraugus County Sheriff Dept. Civil Division 301 Court Street Little Valley, NY 14755** | - | | **Garnished wages of David F. Mix Jr. Never turned over to the Sheriff** | | | | 2,851.46 | 2,851.46 |
| Account No. **New York State Department of Taxation and Finance Attn: J. Muck 77 Broadway, Suite 112 Buffalo, NY 14203-1670** | - | | **2003 corporation taxes, penalties and interest. Amount is estimated. No return was filed and no assessment has been received.** | | | X | 1,300.00 | 1,300.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 4,151.46 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 4,151.46 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.** _____,  Case No. _____

                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6495** <br><br> **Abbott Welding Supply Company, Inc.** <br> **509 N 1st Street** <br> **Olean, NY 14760** | | - | | | **1/23/04 with interest charges through 1/2005 Maintenance Supplies** | | | | **42.94** |
| Account No. **3624** <br><br> **Acadia Insurance** <br> **P. O. Box 10159** <br> **Albany, NY 12201** | | - | | | **2004** <br> **Commercial Insurance Package** <br> **Extra amount as a result of an audit. Audit numbers are under review** | | | X | **551.00** |
| Account No. <br><br> **Account Recovery Specialists** <br> **1207 Hunters Road** <br> **Huntersville, NC 28078** | | - | | | **credit agency for Overhead Door** | | | | **0.00** |
| Account No. **2870** <br><br> **Adecco Employment Services** <br> **P. O. Box 371084** <br> **Pittsburgh, PA 15250** | | - | | | **2004 and 2005** <br> **For temporary office staff working on shutting down office and bankruptcy issues. Amount is approximate and subject to change** | | | | **1,836.00** |

  __13__  continuation sheets attached

Subtotal (Total of this page)     **2,429.94**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re     **C. B. Norton & Son, Inc.**                         ,     Case No. _____

                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0104**<br><br>**Advanced Recycling Equipment, Inc.**<br>**850 Washington Road**<br>**St. Marys, PA 15851** | - | | **4/5/00**<br>**Equipment repairs - Repairs were unsatisfactory** | | | X | 1,417.68 |
| Account No. **NB406**<br><br>**AFLAC**<br>**One Marcus Blvd.**<br>**Albany, NY 12205** | - | | **statement dated 9/29/04**<br>**Employee health coverage** | | | | 129.50 |
| Account No. **70773-000**<br><br>**Agricredit Acceptance LLC**<br>**P. O. Box 2000**<br>**Johnston, IA 50131** | - | | **10/3/04**<br>**late fee** | | | | 29.00 |
| Account No. **CBNO01**<br><br>**Air Quality Engineering**<br>**7140 Northland Drive North**<br>**Minneapolis, MN 55428** | - | | **01/07/03 with interest to last statement dated 6/10/03**<br>**maintenance supplies** | | | | 150.43 |
| Account No.<br><br>**Allied Alarm Services Inc.**<br>**3045 Fluvanna Avenue**<br>**Jamestown, NY 14701** | - | | **7/1/01 through last statement dated 11/10/04**<br>**Security and Fire Alarm** | | | | 3,792.32 |

Sheet no. __**1**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                             (Total of this page)     **5,518.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re **C. B. Norton & Son, Inc.** ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allied Insurance Brokers, Inc.**<br>**Four Allegheny Center 4th Floor**<br>**Pittsburgh, PA 15212** | - | | **Premium finance agreement dated 11/2/04**<br>**Liability Insurance** | | | | **6,805.92** |
| Account No. <br><br>**Amark, Inc.**<br>**P. O. Box 2213**<br>**Gresham, OR 97030** | - | | **Invoice dated 5/28/02**<br>**Lumber Markers** | | | | **354.77** |
| Account No. **8001**<br><br>**AT&T**<br>**P. O. Box 9001309**<br>**Louisville, KY 40209** | - | | **various, last statement datr 10/25/04**<br>**phone services** | | | | **627.55** |
| Account No. **8760**<br><br>**Bailey's**<br>**P. O. Box 550**<br>**44650 Hwy 101**<br>**Laytonville, CA 95454** | - | | **12/23/03**<br>**Crayon holders** | | | | **34.73** |
| Account No. **0118**<br><br>**BDI**<br>**524 Main Street**<br>**Olean, NY 14760** | - | | **2003. Creditor may have written this off.**<br>**Machine Parts** | | | | **16.37** |

Sheet no. __2__ of __13__ sheets attached to Schedule of      Subtotal              | **7,839.34**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8887**<br><br>**Blue Cross/Blue Shield**<br>**P. O. Box 80**<br>**Buffalo, NY 14240** | - | | **9/9/04**<br>**Insurance** | | | | 1,712.64 |
| Account No.<br><br>**Cattaraugus County Bank**<br>**P. O. Box 227**<br>**120 Main Street**<br>**Little Valley, NY 14755** | - | | **unknown**<br>**services charges** | | | | 60.15 |
| Account No.<br><br>**CBJ Credit Recovery**<br>**117 W. 4th Street**<br>**P. O. Box 1132**<br>**Jamestown, NY 14701** | - | | **Credit Agency for Griffith Energy f/k/a Griffith Oil** | | | | 0.00 |
| Account No.<br><br>**Chautauqua Bus. Advisors**<br>**P. O. Box 266**<br>**Lakewood, NY 14750** | - | | **Invoices dated 11/30/03, 12/31/03 and 2/20/04**<br>**services** | | | | 2,100.00 |
| Account No.<br><br>**D & B Receivable Management Services**<br>**77 Heatland Street, Suite 401**<br>**P. O. Box 280431**<br>**East Hartford, CT 06128** | - | | **Collection agent for Blue Cross/Blue Shield** | | | | 0.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,872.79**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.** _____,  Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various dates** <br><br> **Donver Inc.** <br> **P. O. Box 181** <br> **Kill Buck, NY 14748** | - | | lumber purchases | | | X | 242,001.49 |
| Account No. **CBNORTO** <br><br> **Empire Glove and Safety Products** <br> **P. O. Box 188** <br> **Syracuse, NY 13206** | - | | 6/27/04 <br> Gloves and Safety Products | | | | 97.20 |
| Account No. **5551** <br><br> **Erie Niagara Insurance** <br> **8800 Sheridan Drive** <br> **Williamsville, NY 14231** | - | | insurance coverage through 2/14/04 <br> insurance premiums | | | | 3,394.81 |
| Account No. **8703** <br><br> **Fed Ex Freight East** <br> **4103 Collection Center Drive** <br> **Chicago, IL 60693** | - | | invoice dated 2/16/04 <br> Shipping | | | | 166.33 |
| Account No. **14070** <br><br> **Filegar Saw & Tool Co., Inc.** <br> **264 Crescent Street** <br> **Jamestown, NY 14701** | - | | Amount is from City Court of Olean notice dated December 27, 2004 and received December 29th, 2004. Docket No. 0244, claim seeking judgment for $3282.61 plus costs. | | | | 3,282.61 |

Sheet no. __4__ of __13__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)        | 248,942.44 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **C. B. Norton & Son, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Ganoung's Fire Protection Inc.**<br>**1307 Olean-Portville Road**<br>**Olean, NY 14760** | | - | | | **Invoice dated 6/17/04**<br>**supplies** | | | | 129.36 |
| Account No. **14070**<br><br>**GFC Business Systems**<br>**P. O. Box 650**<br>**Olean, NY 14760** | | - | | | **various dates**<br>**Payroll Services** | | | | 7,396.03 |
| Account No.<br><br>**Griffith Energy**<br>**760 Brooks Avenue**<br>**Rochester, NY 14619** | | - | | | **Dates unknown** | | | | 993.91 |
| Account No.<br><br>**Griffith Energy**<br>**1650 East State Road**<br>**Olean, NY 14760** | | - | | | **duplicate of other claim just listed for different address** | | | | 0.00 |
| Account No. **18698**<br><br>**Jamestown Pipe & Supply**<br>**132 Blackstone Avenue**<br>**Jamestown, NY 14701** | | - | | | **Invoice dated 12/10/03**<br>**Maintenance Supplies** | | | | 184.14 |

Sheet no. __**5**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **8,703.44**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **C. B. Norton & Son, Inc.** _____ ,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LB Lumber Inc.**<br>**P. O. Box 167**<br>**Nu Mine, PA 16244** | - | | | | **Invoice dated 2/10/04**<br>**Lumber** | | | | 1,361.70 |
| Account No.<br><br>**Lyons Sawmill & Logging Equipment and Supplies, Inc.**<br>**5445 NYS Rte. 353**<br>**P. O. Box 107**<br>**Little Valley, NY 14755** | - | | | | **invoice dated 11/26/04** | | | | 48.00 |
| Account No. **9466**<br><br>**Magavern, Magavern & Grimm, LLP.**<br>**1100 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, NY 14203** | - | | | | **unknown**<br>**legal services** | | | | 650.00 |
| Account No.<br><br>**Mazza Sheet Metal Inc.**<br>**430 North Seventh Street**<br>**P. O. Box 376**<br>**Olean, NY 14760** | - | | | | **Invoice dated 1/30/03 and various finance charge dates**<br>**supplies** | | | | 449.70 |
| Account No.<br><br>**MCI**<br>**Local Markets**<br>**500 Technology Drive - Suite 820**<br>**Weldon Spring, MO 63304** | - | | | | **2004 and 2005**<br>**telephone service** | | | | 242.42 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,751.82

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.**                      ,      Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Meumier, Bill**<br>**596 Main Street**<br>**Whitesville, NY 14897** | - | | **2004**<br>**loan** | | | X | 4,700.95 |
| Account No.<br><br>**Meyer Tire & Supply Inc.**<br>**Warehouse Maples Road Box 49**<br>**East Otto, NY 14729** | - | | **Various service and finance charge dates**<br>**through statement dated 11/04/04** | | | | 425.49 |
| Account No.<br><br>**Moulder Services**<br>**P. O. Box 479**<br>**602 S. Eastway Drive**<br>**Troutman, NC 28166** | - | | **invoice dated 5/17/04**<br>**bed lube** | | | | 111.27 |
| Account No. **8130**<br><br>**National Fuel**<br>**P. O. Box 4103**<br>**Buffalo, NY 14264** | - | | **various invoice dates**<br>**natural gas** | | | | 785.93 |
| Account No.<br><br>**National Revenue Corporation**<br>**4000 East 5th Avenue**<br>**Columbus, OH 43219** | - | | **Attorneys for Cattaraugus County Bank** | | | | 0.00 |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal      **6,023.64**
      (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.**                                            ,  Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**New York State Department of Environmental Conservation Regulatory Fee Determination Unit Box 5973 GPO New York, NY 10087-5973** | - | | **2004 Air Pollution Program Fees, penalty and interest** | | | | 360.48 |
| Account No.<br><br>**New York State Department of Environmental Conservation Regulatory Fee Determination Unit Box 5973 GPO New York, NY 10087-5973** | - | | **2004 State Pollutant Discharge Elimination System Program Fees, penalty and interet** | | | | 62.64 |
| Account No.<br><br>**New York State Insurance Fund 225 Oak Street Buffalo, NY 14203** | - | | **Worker's compensation insurance Coverage period and amount due is not clear and is being reviewed.** | | | X | 6,961.81 |
| Account No.<br><br>**New York State Lumbermans Insurance Trust Fund 9600 Main Street, Suite Three Clarence, NY 14031** | - | | **2004 Worker's Compensation Insurance** | | | | 39,133.39 |
| Account No.<br><br>**New York State Unemployment Insurance P. O. Box 4301 Binghamton, NY 13902-4301** | - | | **2004 unemployment insurance, penalties and interest** | | | | 1,336.47 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 47,854.79

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7102** <br><br> **Niagara Mohawk** <br> **300 Erie Blvd. West** <br> **Syracuse, NY 13252** | - | | **Final bill** <br> **electric services** | | | | 24.62 |
| Account No. **7108** <br><br> **Niagara Mohawk** <br> **300 Erie Blvd. West** <br> **Syracuse, NY 13252** | - | | **various dates** <br> **electric services** | | | | 695.94 |
| Account No. <br><br> **Norton, James M.** <br> **6441 Peth Road** <br> **Great Valley, NY 14741** | | | **2003,2004,2005 loans to C. B. Norton and Son, Inc.debts** | | | | 100,000.00 |
| Account No. <br><br> **Norton, James M. and Joyce B.** <br> **6441 Peth Road** <br> **Great Valley, NY 14741** | - | | **2003.** <br> **Personal income tax refunds that the Internal Revenue Service applied to C. B. Norton and Son, Inc. tax liabilities** | | | | 63,459.82 |
| Account No. <br><br> **Norton/Smith Hardwoods, Inc.** <br> **6658 Route 417** <br> **P. O. Box 249** <br> **Kill Buck, NY 14748** | - | | **apparently from 12/9/02 transaction details unknown.  May not be an acutal debt.** | | | | 787.80 |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  | 164,968.18

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __C. B. Norton & Son, Inc._____,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Invoice dated 4/30/01 and various finance charge dates | | | | |
| Overhead Door Company of Jamestown 9 Lindsey Avenue Jamestown, NY 14701 | - | | | Door maintenance | | | | 614.44 |
| Account No. | | | | Installment plan agreement 8/11/04. Amt. shown may not reflect all interest. | | | | |
| Paul Jacobs Lumber P. O. Box 11 West Side Station Buffalo, NY 14213 | - | | | Lumber | | | | 29,677.22 |
| Account No. | | | | Invoice dated 7/7/04 | | | | |
| Pioneer Adhesive Products of America 227 Thorn Avenue Orchard Park, NY 14127 | - | | | resin adhesive | | | | 2,912.88 |
| Account No. 1605 | | | | 9/1/04 | | | | |
| RA Mercer & Co., P.C. 63 South Main Street Cattaraugus, NY 14719 | - | | | Accounting services | | | | 2,000.00 |
| Account No. 2481 | | | | various invoice dates | | | | |
| Reed Supply 2643 West 14th Street Erie, PA 16506 | - | | | services or supplies | | | | 149.33 |

Sheet no. __10_ of _13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,353.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1700** <br><br> **Root Neal & Company Inc.** <br> **64 Peabody Street** <br> **Box 101** <br> **Buffalo, NY 14240** | - | | | | invoice dated 11/28/03 <br> power transmission parts | | | | 441.95 |
| Account No. **1190** <br><br> **Salamanca Area Beverage Co., Inc.** <br> **202 Second Street** <br> **Little Valley, NY 14755** | - | | | | various invoice dates <br> Beverages | | | | 476.68 |
| Account No. **5105** <br><br> **Salamanca Press** <br> **36 Ricer Street** <br> **Salamanca, NY 14779** | | | | | 2004 <br> advertising for help wanted ads | | | | 186.00 |
| Account No. <br><br> **Sandburg Oil Co.** <br> **1641 Olean-Portville Road** <br> **Olean, NY 14760** | - | | | | invoice datrd 10/10/03 and finance charges <br> Motor Oil | | | | 68.00 |
| Account No. <br><br> **Shane, Michael Esq.** <br> **Holiday Park Centre** <br> **West State Street, Suite 107** <br> **Olean, NY 14760** | - | | | | Inovice dated 11/8/04 <br> legal services | | | | 300.00 |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,472.63

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.** _____ ,  Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Southern Tier Career Consultants, Inc.** <br> **P. O. Box 369** <br> **Allegany, NY 14706** | - | | 2003 <br> contract workers | | | | 8,991.44 |
| Account No. <br><br> **Southern Tier Pallet** <br> **P. O. Box 319** <br> **Avoca, NY 14809** | - | | 7/20/04 <br> supplies | | | | 1,200.00 |
| Account No. <br><br> **Spartan Warehouse Corp.** <br> **10072 Maltble Road** <br> **Gowanda, NY 14070** | - | | invoice dated 9/30/04 | | | | 22.44 |
| Account No. <br><br> **Suburban Energy Services** <br> **123 Greenwich Street** <br> **Belmont, NY 14813** | - | | various dates <br> propane | | | | 833.02 |
| Account No. **CBNORT** <br><br> **Support Services Alliance Inc. (SSA)** <br> **P. O. Box 130** <br> **Schoharie, NY 12157** | - | | 10/6/04 | | | | 480.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,526.90

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **C. B. Norton & Son, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A069**<br><br>**Travelers Insurance**<br>**P. O. Box 26385**<br>**Richmond, VA 23260** | - | | **Policy period 6/23/04 to 7/26/04 insurance** | | | X | 1,623.00 |
| Account No. **A043**<br><br>**UPS**<br>**P. O. Box 650580**<br>**Dallas, TX 75265** | - | | **invoice date 7/10/04 and various finance charge dates**<br>**services** | | | | 84.89 |
| Account No. **716-945-1990 (9263)**<br><br>**Verizon**<br>**P. O. Box 1100**<br>**Albany, NY 12250** | - | | **final payment notice dated 6/9/04**<br>**phone services** | | | | 163.56 |
| Account No.<br><br>**Westburgh Electric Inc.**<br>**16 South Street**<br>**Jamestown, NY 14701** | - | | **10/14/03**<br>**repairs** | | | | 709.05 |
| Account No.<br><br>**WJ Cox Associates Inc. (Comp)**<br>**9600 Main Street Suite Three**<br>**Clarence, NY 14031** | - | | **Various invoice dates through 12/28/04**<br>**Insurance** | | | | 77,809.37 |

| | | |
|---|---|---|
| Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 80,389.87 |
| | Total<br>(Report on Summary of Schedules) | 627,648.58 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re **C. B. Norton & Son, Inc.** , Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Prolift**<br>**1835 Dale Road**<br>**P. O. Box 256**<br>**Buffalo, NY 14225** | **lease of a 2002 Daewoo Model G30E-LP Forklift** |

__0__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **C. B. Norton & Son, Inc.** _____,   Case No. _____

                                              Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

____0____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re   **C. B. Norton & Son, Inc.**

Debtor(s)

Case No.   _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**24**____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 19, 2005**

Signature   **/s/ James Norton**

**James Norton**

**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re  **C. B. Norton & Son, Inc.**

_____

Debtor(s)

Case No. _____

Chapter **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $240,000.00 | **Estimated 2004 Ford 1120S Line 6** |
|  | **There will be an overall loss for this year** |
| $160,000.00 | **Estimated 2003 Ford 1120S Line 6** |
|  | **There will be an overall loss for this year** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None ☐    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Niagara Mohawk Power Corporation**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13252** | **January 24th, 2005** | **$678.38** | **$0.00** |
| **New York State Department**<br>**of Taxation and Finance**<br>**77 Broadway Suite 112**<br>**Buffalo, NY 14203-1670** | **March 7th, 2005** | **$14,143.80** | **$0.00** |
| **Commissioner of Labor**<br>**109 South Union**<br>**Rochester, NY 14607** | **March 7th, 2005** | **$200.00** | **$0.00** |
| **Internal Revenue Service**<br>**111 W. Huron Street**<br>**Room 1401**<br>**Buffalo, NY 14202** | **March 7th, 2005** | **$12,846.89** | **$0.00** |
| **Niagara Mohawk Power Corporation**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13252** | **March 9th, 2005** | **$1,072.85** | **$0.00** |
| **Prolift, Inc.**<br>**1835 Dale Road**<br>**P. O. Box 256**<br>**Buffalo, NY 14225** | **January, 2005** | **$387.40** | **$8,910.20** |
| **Prolift, Inc.**<br>**1835 Dale Road**<br>**P. O. Box 256**<br>**Buffalo, NY 14225** | **March 7th, 2005** | **$774.80** | **$8,910.20** |

None ☐    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **James M. Norton**<br>**6441 Peth Road**<br>**Great Valley, NY 14741** | **Various** | **$8,500.00** | **$37,500.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Filigar Saw & Tool Co., Inc. vs. C. B. Norton and Son, Inc.** | **Suit seeking judgment** | **Olean City Court** | **Judgment for $3,282.612** |
| **Donver Incorporated vs. C. B. Norton & Son, Inc.** | **Suit seeking judgment** | **Supreme Court, County of Cattaraugus** | **Judgment for $206,864.91 granted** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Paul Jacobs Lumber vs. C. B. Norton & Son, Inc.** | **Suit seeking judgment** | **Supreme Court, County of Erie** | **Confession of judgment executed for $32,677.22** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Donver Incorporated P. O. Box 181 Kill Buck, NY 14748** | **March 8th, 2005** | **Cash $3,623.56** |
| **New York State Unemployment Insurance Division - P. O. Box 4301 Binghamton, NY 13902-4301** | **January 7th, 2005** | **Cash $4,630.46** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Aaron, Dautch, Sternberg & Lawson LLP.** <br> **730 Convention Tower** <br> **Buffalo, NY 14202** | **November, 2004** | **$2809.00** |

**10. Other transfers**

None
■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **M & T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14205-1495** | **February and March 2005** | **$330.00** |
| **Niagara Mohawk Power Corporation**<br>**300 Erie Blvd.**<br>**Syracuse, NY 13252** | **December 2004 or January, 2005** | **$12,788.93** |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Salamanca Area Beverage Company**<br>**202 Second Street**<br>**Little Valley, NY 14755** | **soda pop dispenser** | **6435 Peth Road,**<br>**Great Valley, new York 14741** |
| **Foster, Kenny**<br>**4570 Route 219**<br>**Great Valley, NY 14741** | **Hyster #60 Fork Lift** | **6435 Peth Road,**<br>**Great Valley, New York 14741** |
| **Cornish Lumber**<br>**State Route 958 N.**<br>**P. O. Box 140**<br>**Bear Lake, PA 16402** | **Lumber transfer convey** | **6435 Peth Road**<br>**Great Valley, New York 14741** |
| **Cornish Lumber**<br>**State Route 958 N.**<br>**P. O. Box 140**<br>**Bear Lake, PA 16402** | **Dust Collector** | **6435 Peth Road**<br>**Great Valley, New York 14741** |
| **James Norton**<br>**6441 Peth Road**<br>**Great Valley, NY 14741** | **See Attached number 14** | |

**15. Prior address of debtor**

None ■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **C. B. Norton & Son, Inc.** | **16-0839383** | **6435 Peth Road Great Valley, NY 14741** | **Wood Products Manufacturing** | **started 1922 ended 2005** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Various companies employed or temporary bookkeepers** | **During the two year period** |
| **RA Mercer & Company**<br>**63 S. Main Street**<br>**Cattaraugus, NY 14719** | **During the two year period** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **RA Mercer & Company, P. C.**<br>**uncertain as to what books and records they have** | **63 South Main Street**<br>**Cattaraugus, NY 14719** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **February 2005** | **James Norton** | **$21,400.00 fair market value** |
| **December 31, 2002** | **Bill Meunier** | **$143,345.00 cost basis** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **February 2005** | **James Norton**<br>**C. B. Norton and Son, Inc.**<br>**6435 Peth Road**<br>**P. O. Box 9**<br>**Great Valley, NY 14741** |

DATE OF INVENTORY
**December 31, 2002**

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
**James Norton
C. B. Norton and Son, Inc.
6435 Peth Road
P. O. Box 9
Great Valley, NY 14741**

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **James M. Norton**<br>**6441 Peth Road**<br>**Great Valley, NY 14741** | **President** | **More than 95% of the stock** |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James M. Norton**<br>**6441 Peth Road**<br>**Great Valley, NY 14741**<br>  **President** | **Advances against salary (see attached**<br>**Schedule #23)** | **$8,500.00** |

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **March 19, 2005**          Signature **/s/ James Norton**

**James Norton**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## STATEMENT OF AFFAIRS NUMBER 14
### ALL OF THE FOLLOWING IS OWNED BY JAMES NORTON

1.) Hyraulic Pump and Glue Press - purchased from Jack Nannen many years ago.

2.) Drill Press - Table Model

3.) Router Table - wooden

4.) Spindle Sander - purchased from R. L. Forge about 10 years ago.

5.) Ford Tractor with Farm equipment - purchased from Harry Ames about 20 years ago.

6.) John Deere LX188 - Lawn Mower - purchased from Barschol in Springville

7.) Centro "C" Band Saw - purchased about 15 years ago from R. L. Forge

8.) Many school type lockers - purchased from David Forness family

9.) Eight bag dust collector - for shop, purchased from R. L. Forge 10 to 15 years ago.

10.) Ames Steam Boiler - purchased 15 to 20 years ago

11.) Onan Cummings GenSet - purchased at Salamanca Hospital auction

12.) Two - Six foot diameter blowers - purchased at C. B. Norton auction in September, 2004.

13.) Three Foot Diameter Blower - purchased at C. B. Norton auction in September 2004.

14.) Hyster 40 Fork Lift - purchased at C. B. Norton auction in September, 2004

15.) Austin Western Grader - purchased 15 years ago HiWay Equipment dealer.

16.) Metal Shelving - purchased one to two years ago from Kenny Trucking.

17.) Several lots of pine/hemlock/mixed hardwood lumber - from trees cut from James Norton     owned
timberland and sawed by Norton/Smith and Floyd Putt.

18.) Several lots various hardwood lumber - acquiredd in the 1959 dissolution of C. B. Norton     and Son
partnership (partners were Hila, Ryan and James Norton)

19.) 1946 Jeep - acquired in the 1959 dissolution of C. B. Norton and Son partnership.

20.) Steam boiler - from Courtney Norton's paddle boat, acquired from the estate of Courtney     Norton
in 1950.

**STATEMENT OF AFFAIRS NUMBER 23**

**THESE WERE ALL PAYMENTS MADE TO JAMES NORTON**

| | |
|---|---|
| **$500.00** | **April 15TH, 2004** |
| **$500.00** | **May 2nd, 2004** |
| **$500.00** | **May 14th, 2004** |
| **$500.00** | **May 20th, 2004** |
| **$300.00** | **June 4th, 2004** |
| **$350.00** | **July 2nd, 2004** |
| **$400.00** | **July 9th, 2004** |
| **$400.00** | **July 16th, 2004** |
| **$400.00** | **July 23rd, 2004** |
| **$400.00** | **July 30th, 2004** |
| **$400.00** | **August 6th, 2004** |
| **$400.00** | **August 13th, 2004** |
| **$500.00** | **August 20th, 2004** |
| **$500.00** | **September 10th, 2004** |
| **$200.00** | **September 17th, 2004** |
| **$500.00** | **October 19th, 2004** |
| **$500.00** | **November 1st, 2004** |
| **$800.00** | **November 12th, 2004** |

# United States Bankruptcy Court
## Western District of New York

In re    **C. B. Norton & Son, Inc.**                                        Case No. _____

_____                    Chapter    **7**
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept............................................................ | $ | **2,809.00** |
| Prior to the filing of this statement I have received.............................................. | $ | **2,809.00** |
| Balance Due........................................................................................................... | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **none**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 19, 2005**                              **/s/ William E. Lawson**
                                                          **William E. Lawson**
                                                          **Aaron Dautch Sternberg & Lawson, LLP**
                                                          **730 Convention Tower**
                                                          **43 Court St**
                                                          **Buffalo, NY 14202-3172**
                                                          **(716) 854-3015   Fax: (716) 854-1716**
                                                          **lawson@aarondautch.com**

---

# United States Bankruptcy Court
## Western District of New York

In re __C. B. Norton & Son, Inc.__         Case No. _____

              Debtor(s)   Chapter  __7__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __March 19, 2005__       __/s/ James Norton__

                    __James Norton__/**President**
                    Signer/Title

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Abbott Welding Supply Company, Inc.
509 N 1st Street
Olean, NY 14760


Acadia Insurance
P. O. Box 10159
Albany, NY 12201


Account Recovery Specialists
1207 Hunters Road
Huntersville, NC 28078


Adecco Employment Services
P. O. Box 371084
Pittsburgh, PA 15250


Advanced Recycling Equipment, Inc.
850 Washington Road
St. Marys, PA 15851


AFLAC
One Marcus Blvd.
Albany, NY 12205


Agricredit Acceptance LLC
P. O. Box 2000
Johnston, IA 50131


Air Quality Engineering
7140 Northland Drive North
Minneapolis, MN 55428


Allied Alarm Services Inc.
3045 Fluvanna Avenue
Jamestown, NY 14701


Allied Insurance Brokers, Inc.
Four Allegheny Center 4th Floor
Pittsburgh, PA 15212


Amark,  Inc.
P. O. Box 2213
Gresham, OR 97030

AT&T
P. O. Box 9001309
Louisville, KY 40209


Bailey's
P. O. Box 550
44650 Hwy 101
Laytonville, CA 95454


BDI
524 Main Street
Olean, NY 14760


Blue Cross/Blue Shield
P. O. Box 80
Buffalo, NY 14240


Cattaraugus County Bank
P. O. Box 227
120 Main Street
Little Valley, NY 14755


Cattaraugus County Sheriff Dept.
Civil Division
301 Court Street
Little Valley, NY 14755


CBJ Credit Recovery
117 W. 4th Street
P. O. Box 1132
Jamestown, NY 14701


Chautauqua Bus. Advisors
P. O. Box 266
Lakewood, NY 14750


D & B Receivable Management Services
77 Heatland Street, Suite 401
P. O. Box 280431
East Hartford, CT 06128


Donver Inc.
P. O. Box 181
Kill Buck, NY 14748

Empire Glove and Safety Products
P. O. Box 188
Syracuse, NY 13206


Erie Niagara Insurance
8800 Sheridan Drive
Williamsville, NY 14231


Fed Ex Freight East
4103 Collection Center Drive
Chicago, IL 60693


Filegar Saw & Tool Co., Inc.
264 Crescent Street
Jamestown, NY 14701


Ganoung's Fire Protection Inc.
1307 Olean-Portville Road
Olean, NY 14760


GFC Business Systems
P. O. Box 650
Olean, NY 14760


Griffith Energy
760 Brooks Avenue
Rochester, NY 14619


Griffith Energy
1650 East State Road
Olean, NY 14760


Jamestown Pipe & Supply
132 Blackstone Avenue
Jamestown, NY 14701


LB Lumber Inc.
P. O. Box 167
Nu Mine, PA 16244


Lyons Sawmill & Logging Equipment
and Supplies, Inc.
5445 NYS Rte. 353
P. O. Box 107
Little Valley, NY 14755

Magavern, Magavern & Grimm, LLP.
1100 Rand Building
14 Lafayette Square
Buffalo, NY 14203


Mazza Sheet Metal Inc.
430 North Seventh Street
P. O. Box 376
Olean, NY 14760


MCI
Local Markets
500 Technology Drive - Suite 820
Weldon Spring, MO 63304


Meumier, Bill
596 Main Street
Whitesville, NY 14897


Meyer Tire & Supply Inc.
Warehouse Maples Road Box 49
East Otto, NY 14729


Moulder Services
P. O. Box 479
602 S. Eastway Drive
Troutman, NC 28166


National Fuel
P. O. Box 4103
Buffalo, NY 14264


National Revenue Corporation
4000 East 5th Avenue
Columbus, OH 43219


New York State Department
of Environmental Conservation
Regulatory Fee Determination Unit
Box 5973 GPO
New York, NY 10087-5973

New York State Department of
Environmental Conservation
Regulatory Fee Determination Unit
Box 5973 GPO
New York, NY 10087-5973


New York State Department of Taxation
and Finance
Attn: J. Muck
77 Broadway, Suite 112
Buffalo, NY 14203-1670


New York State Insurance Fund
225 Oak Street
Buffalo, NY 14203


New York State Lumbermans
Insurance Trust Fund
9600 Main Street, Suite Three
Clarence, NY 14031


New York State Unemployment Insurance
P. O. Box 4301
Binghamton, NY 13902-4301


Niagara Mohawk
300 Erie Blvd. West
Syracuse, NY 13252


Norton, James M.
6441 Peth Road
Great Valley, NY 14741


Norton, James M. and Joyce B.
6441 Peth Road
Great Valley, NY 14741


Norton/Smith Hardwoods, Inc.
6658 Route 417
P. O. Box 249
Kill Buck, NY 14748


Overhead Door Company of Jamestown
9 Lindsey Avenue
Jamestown, NY 14701

Paul Jacobs Lumber
P. O. Box 11 West Side Station
Buffalo, NY 14213

Pioneer Adhesive Products of America
227 Thorn Avenue
Orchard Park, NY 14127

Prolift
P. O. Box 256
Cheektowaga, NY 14225

Prolift
1835 Dale Road
P. O. Box 256
Buffalo, NY 14225

RA Mercer & Co., P.C.
63 South Main Street
Cattaraugus, NY 14719

Reed Supply
2643 West 14th Street
Erie, PA 16506

Root Neal & Company Inc.
64 Peabody Street
Box 101
Buffalo, NY 14240

Salamanca Area Beverage Co., Inc.
202 Second Street
Little Valley, NY 14755

Salamanca Press
36 Ricer Street
Salamanca, NY 14779

Sandburg Oil Co.
1641 Olean-Portville Road
Olean, NY 14760

Shane, Michael Esq.
Holiday Park Centre
West State Street, Suite 107
Olean, NY 14760


Southern Tier Career Consultants, Inc.
P. O. Box 369
Allegany, NY 14706


Southern Tier Pallet
P. O. Box 319
Avoca, NY 14809


Spartan Warehouse Corp.
10072 Maltble Road
Gowanda, NY 14070


Suburban Energy Services
123 Greenwich Street
Belmont, NY 14813


Support Services Alliance Inc. (SSA)
P. O. Box 130
Schoharie, NY 12157


Travelers Insurance
P. O. Box 26385
Richmond, VA 23260


UPS
P. O. Box 650580
Dallas, TX 75265


Verizon
P. O. Box 1100
Albany, NY 12250


Westburgh Electric Inc.
16 South Street
Jamestown, NY 14701


WJ Cox Associates Inc. (Comp)
9600 Main Street Suite Three
Clarence, NY 14031

# United States Bankruptcy Court
## Western District of New York

In re    **C. B. Norton & Son, Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **C. B. Norton & Son, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 19, 2005**

Date

/s/ William E. Lawson

**William E. Lawson**

Signature of Attorney or Litigant
Counsel for   **C. B. Norton & Son, Inc.**

**Aaron Dautch Sternberg & Lawson, LLP**

**730 Convention Tower**
**43 Court St**
**Buffalo, NY 14202-3172**
**(716) 854-3015 Fax:(716) 854-1716**
**lawson@aarondautch.com**

# United States Bankruptcy Court
## Western District of New York

In re **C. B. Norton & Son, Inc.**

Case No.

Debtor(s)

Chapter **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

|  |  |  |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

|  |  |  |
|---|---|---|
| 2. Gross Monthly Income | $ | 0.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

|  |  |  |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                        TOTAL

21. Other (Specify):

DESCRIPTION                                        TOTAL

|  |  |  |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 0.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

|  |  |  |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 0.00 |

# United States Bankruptcy Court
## Western District of New York

In re  **C. B. Norton & Son, Inc.**

_____,
Debtor

Case No. _____

Chapter _____ **7** _____

## DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using _Best Case Bankruptcy_ and conform with those prescribed by Bankruptcy Rule 9009.

Date_____ **March 19, 2005** _____

**/s/ William E. Lawson**
Signature of attorney
**William E. Lawson**
**Aaron Dautch Sternberg & Lawson, LLP**
**730 Convention Tower**
**43 Court St**
**Buffalo, NY 14202-3172**
**(716) 854-3015**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION
Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)     the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)     the effect of receiving a discharge of debts
(3)     the effect of reaffirming a debt; and
(4)     your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?
The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?
The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?
After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS
You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

Date  **March 19, 2005**                    Signature  **/s/ James Norton**

                                                        **James Norton**

                                                        **President**

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy